IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR353 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES S. NOVAK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The court's order of this date, filing 221, is withdrawn.

DATED this 15th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge