IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:00CR353 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE** |
| JAMES S. NOVAK, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Provide Noncustodial Transportation, filing 220. Defendant is indigent and is in need of noncustodial transportation to attend his initial appearance in Lincoln, Nebraska. The Court finds said motion should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. That defendant's motion is granted;

2. That the U.S. Marshals shall provide non-custodial transportation and subsistence (including lodging, if necessary) for defendant to travel from Lincoln, Nebraska to Malibu, California following his initial appearance on August 21, 2007. Said travel may be the less expensive of either ground transportation with subsistence or air travel with subsistence.

3. That the U.S. Marshal shall arrange said transportation.

DATED August 15, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge