IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:00CR353 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES S. NOVAK, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Goldline International, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Goldline International, is released.

October 5, 2007.

BY THE COURT:

s/ *RICHARD G. KOPF*
U. S. DISTRICT JUDGE