IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:00CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES S. NOVAK, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed waiver of initial appearance (filing 251) is granted. The defendant's initial appearance before Magistrate Judge Piester on January 28, 2008 is canceled.

(2) The defendant's revocation hearing is scheduled for Friday, March 21, 2008, at 12:00 noon, before Judge Kopf, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 25, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge