IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:00CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES S. NOVAK, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue ([filing 259](filing 259)) is granted.

(2) Defendant Novak's initial appearance and revocation hearing are continued to Tuesday, August 5, 2008, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

July 11, 2008.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge