IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:00CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES S. NOVAK, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue the October 3, 2008 arraignment and revocation hearing (filing 270) is denied.

October 1, 2008.      BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge