IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:00CR353 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES S. NOVAK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Adam J. Sipple's motion to withdraw (filing 271) is granted.

October 2, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge