IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:00CR353-1 |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES S. NOVAK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff shall respond to defendant's motion to dissolve garnishment order (filing 279) on or before November 30, 2009.

DATED this 19th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge