IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:00CR353 |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES S. NOVAK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that counsel for the government shall file a response to the motion for substitution indicating whether the government agrees or disagrees with the motion. The defendant may respond if he cares to do so. All responses shall be filed within 10 days of today's date. If no response is filed, the court will grant the motion.

DATED this 30th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge